# WL| Wright Law
### ATTORNEY AT LAW

---

**299 BROADWAY, SUITE 708**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
www.wrightlaw.nyc

March 1, 2023

**VIA ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

          **Re:**    *United States* **v.** *Bevelyn Williams 22-CR-684* **(JLR)**

Dear Judge Abrams:

      I am counsel for Bevelyn Williams and write the Court to respectfully request that Ms. Williams' bail conditions be temporarily modified to allow her to travel with her husband and newborn baby for a brief family vacation. Ms. Williams plan is to travel by car from her home in Ooltewah, TN to New Orleans, LA on March 7, 2023, and spend three days in New Orleans returning home on March 10, 2023. She will drive through states of Alabama, Mississippi and Louisiana.

      Pretrial Services, through Officer Kim Williams in Tennessee, and the U.S. Government, through AUSA Jamie Bagleibter, have no objection to the instant request. Thank you.

                                              Sincerely,
                                              /s/
                                              Christopher Wright