# WL | Wright Law
## ATTORNEY AT LAW

---

**299 BROADWAY, SUITE 708**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
www.wrightlaw.nyc

April 12, 2023

**VIA ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

       **Re:**    *United States* **v.** *Bevelyn Williams 22-CR-684* **(JLR)**

Dear Judge Abrams:

       I am counsel for Bevelyn Williams and write the Court to respectfully request that Ms. Williams' bail conditions be temporarily modified to allow her to travel with her husband and newborn baby for a brief family trip.

       They will be attending a family gathering in Myrtle Beach, SC for the death of her husband's first cousin. Ms. Williams plan is to travel by car from her home in Ooltewah, TN and stay in Myrtle Beach for the period of April 15, 2023 until April 17, 2023.  She will drive through the states of Georgia, North Carolina and South Carolina.

       Pretrial Services, through Officer Kim Williams in Tennessee, and the U.S. Government, through AUSA Jamie Bagleibter, have no objection to the instant request.  Thank you.

                    Sincerely,
                    /s/
                    Christopher Wright