# WL | Wright Law
## ATTORNEY AT LAW

---

**299 BROADWAY, SUITE 708**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
www.wrightlaw.nyc

May 2, 2023

**VIA ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:**    *United States* **v.** *Bevelyn Williams 22-CR-684* **(JLR)**

Dear Judge Abrams:

    I am counsel for Bevelyn Williams and write the Court to respectfully request that Ms. Williams' bail conditions be temporarily modified to allow her to travel with her husband and newborn baby for a brief family trip.

    Ms. Williams' plan is to drive from her home in Tennessee to Orland, FL to visit with family and attend Disneyworld. She will leave Tennessee on May 4, 2023, and return home on May 9, 2023, driving through the states of Georgia and Florida.

    Pretrial Services, through Officer Kim Williams in Tennessee, and the U.S. Government, through AUSA Jamie Bagleibter, have no objection to the instant request. Thank you.

*Application GRANTED, Ms. Williams' bond is temporarily modified to allow for travel as described herein.*

Sincerely,
/s/
Christopher Wright

*Dated: May 3, 2023*
      *New York, New York*
**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**