UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>BEVELYN BEATTY WILLIAMS and EDMEE CHAVANNES,<br><br>                              Defendants. | Case No. 1:22-cr-00684 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

As previously stated at the March 21, 2023 status conference, a jury trial shall commence on Monday, **November 27, 2023** at 9:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007. Defendants shall make any substantive motions no later than **July 10, 2023**, the Government shall respond no later than **July 24, 2023**, and Defendants shall file any reply no later than **July 31, 2023**. All submissions shall comply with the Court's Individual Rules and Local Rules.

IT IS FURTHER HEREBY ORDERED that the parties shall comply with the following schedule for pre-trial submissions:

| | |
|---|---|
| **October 16, 2023:** | The Government shall file any motions *in limine*, any Rule 404(b) notices, and its exhibit list and witness list.<br><br>In addition, the parties shall jointly file their proposed *voir dire*, requests to charge, and verdict form in accordance with the Court's Individual Rules. |
| **October 23, 2023:** | Defendants shall file responses to the Government's motion(s) and their own motions *in limine*, if any. In addition, to the extent that Defendants intend to put on their own case-in-chief, they shall also file their exhibits lists and witness lists at this time. |

1

**October 30, 2023:**         The Government shall file a response to Defendants' motion(s) *in limine*, if any.

There shall be no replies to any motions *in limine*. The parties shall otherwise comply with the Court's Individual Rule 6 regarding criminal cases.

Dated: May 18, 2023
       New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        JENNIFER L. ROCHON
                                        United States District Judge