# WL| Wright Law
ATTORNEY AT LAW

---

**299 BROADWAY, SUITE 708**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
www.wrightlaw.nyc

June 29, 2023

**VIA ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States* v. *Bevelyn Williams* 22-CR-684 (JLR)

Dear Judge Abrams:

      I am counsel for Bevelyn Williams and write the Court to respectfully request a temporary modification of Ms. Williams' bail conditions allowing her to travel with her husband and newborn baby for the following three trips during the month of July:

- July 4-7 driving by car from her home in Tennessee to New Orleans, LA;
- July 8-9 driving by car from her home in Tennessee to Charlotte, NC; and
- July 13-19 driving by car from her home in Tennessee to Yellow Stone National Park in Wyoming.

      Ms. Williams will stay at various hotels during the above three trips and the addresses of those hotels are known to Pretrial Services. Pretrial Services, through Officer Kimberly Williams in Tennessee, and the U.S. Government, through AUSA Jamie Bagleibter, have no objection to the instant request. Thank you.

The within travel requests are hereby GRANTED.

Dated: June 30, 2023
      New York, New York

Sincerely,
/s/
Christopher Wright

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**