# WL| Wright Law
### ATTORNEY AT LAW

---

**299 BROADWAY, SUITE 708**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

July 25, 2023

**VIA ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      **Re:**    *United States* **v.** *Bevelyn Williams, et al* **22 Cr. 91 (RA)**

Dear Judge Rochon:

      I represent Bevelyn Williams in the above referenced Indictment and write the Court to alert the Court that I will be accepting a position at Brooklyn Defender Services, which is one of the public defender offices in Brooklyn, NY.  As a result I will be leaving the Criminal Justice Act (CJA) panel of assigned counsel effective September 31, 2023.

      Yesterday, the Court advanced the trial date originally scheduled for November 27, 2023, until October 23, 2023 (ECF # 46), and in light of that more immediate trial date, I respectfully request that I be relieved and that new CJA counsel be appointed as soon as practical for the Court.

      Currently, the defendants' substantive motions are due August 7, 2023, and the undersigned would be able to stay on as CJA counsel and file those motions.  Of course, I defer to Court as to how best to proceed.

      I have advised counsel for the government, Jamie Bagliebter, regarding this issue and the government takes no position.

      All the best and I sincerely apologize to the Court for any inconvenience.

                        Sincerely,
                        /s/
                        Christopher Wright