UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>BEVELYN BEATTY WILLIAMS and EDMEE CHAVANNES,<br><br>                              Defendants. | Case No. 1:22-cr-00684 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

In light of the new trial date, IT IS HEREBY ORDERED that the parties shall comply with the following revised schedule for pre-trial submissions:

**September 8, 2023:**    The Government shall file any motions *in limine*, any Rule 404(b) notices, and its exhibit list and witness list.

In addition, the parties shall jointly file their proposed *voir dire*, requests to charge, and verdict form in accordance with the Court's Individual Rules.

**September 15, 2023:**    Defendants shall file responses to the Government's motion(s) and their own motions *in limine*, if any. In addition, to the extent that Defendants intend to put on their own case-in-chief, they shall also file their exhibits lists and witness lists at this time.

**September 22, 2023:**    The Government shall file a response to Defendants' motion(s) *in limine*, if any.

There shall be no replies to any motions *in limine*. The parties shall otherwise comply with the Court's Individual Rules regarding criminal cases.

Finally, IT IS FURTHER ORDERED that the parties shall appear for a final pre-trial conference on **October 13, 2024** at **2:00 p.m.** in **Courtroom 20B** of the United States District

1

Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, NY 10007.

Dated: July 27, 2023
      New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge
