UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NOTICE OF MOTIONS |
| | ) | |
| v. | ) | Case No. 22-Cr-684 (JLR) |
| | ) | |
| [1]  BEVELYN WILLIAMS | ) | |
| [2]  EDMEE CHAVANNES | ) | |
| | ) | |

      PLEASE TAKE NOTICE, that upon the annexed Memorandum of Law, and all the prior papers and proceedings herein, Defendants, Bevelyn Williams and Edmee Chavannes, will move, pursuant to Federal Rule of Criminal Procedure 12(b)(3)(C) before the Honorable Jennifer L. Rochon, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, on September 15, 2023, or thereafter, for an order:

1.     Dismissing the Indictment; and,

2.     Granting such additional relief as the Court may deem just and proper.

Dated:  New York, New York
          August 11, 2023

                                            Respectfully submitted,

                                            /s/

                                            CHRISTOPHER WRIGHT, ESQ.
                                            Law Office of Christopher Wright
                                            299 Broadway
                                            Suite 708
                                            New York, New York 10007
                                            *Attorney for Bevelyn Williams*

/s/
AARON MYSLIWIEC, ESQ.
Miedel & Mysliwiec, LLP
80 Broad Street, Suite 1900
New York, New York 10004
*Attorney for Edmee Chavannes*

cc: Jamie Bagliebter
    Assistant United States Attorney
    Southern District of New York
    (Via ECF)

    Clerk of Court
    (Via ECF)