# WL | Wright Law
### ATTORNEY AT LAW

---

**299 BROADWAY, SUITE 708**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
www.wrightlaw.nyc

September 8, 2023

**VIA ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

          **Re:**    *United States* **v.** *Bevelyn Williams 22-CR-684* **(JLR)**

Dear Judge Rochon:

    I am counsel for Bevelyn Williams and write the Court to respectfully request that Ms. Williams' bail conditions be temporarily modified to allow her to travel with her husband and newborn baby for a brief family trip.

    Ms. Williams' plan is to fly from her home in Tennessee to San Antonio, TX to attend a wedding for a close family friend. She will leave via airplane from Tennessee on September 10, 2023, spending one week at the same address in San Antonio, and then return home again via airplane on September 17, 2023.

    Pretrial Services, through Officer Kim Williams in Tennessee, and the U.S. Government, through AUSA Jamie Bagleibter, have no objection to the instant request. Thank you.

                                              Sincerely,
                                              /s/
                                              Christopher Wright

Application **GRANTED**. Ms. Williams is permitted to travel from Ooltewah, TN to San Antonio, TX on September 10, 2023 for seven days and return home on September 17, 2023.

Dated: September 8, 2023
      New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

1