

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

October 19, 2023

**BY ECF**

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:  United States v. Bevelyn Williams
     22 Cr. 684 (JLR)

*The requests are GRANTED.  Ms. Williams is permitted to travel from Ooltewah, TN to West Palm Beach, FL on October 31, 2023 and return home on November 3, 2023.  She is also permitted to travel from Ooltewah, TN to Atlanta, GA on November 10, 2023 and return home on November 12, 2023.*

Dated: October 19, 2023
       New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Dear Judge Rochon:

    I am the attorney for the defendant, Bevelyn Williams, in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006 A.  I am writing to respectfully request a temporary modification of the conditions of release to allow Ms. Williams to travel with her husband and newborn baby for a family trip to West Palm Beach, Florida from October 31, 2023 to November 3, 2023 and a family weekend in Atlanta, Georgia from November 10, 2023 to November 12, 2023.  On October 31, 2023, Ms. Williams and her family would fly from Tennessee to West Palm Beach, Florida and would stay at a local hotel in the area and she would return on November 3, 2023.  Ms. Williams also seeks permission to drive with her family from her home in Tennessee to Atlanta, Georgia on November 10, 2023 and return on November 12, 2023.  I have conferred with the Government and the Pretrial Officer assigned to Ms. Williams.  There is no objection to the defense request for Ms. Williams to travel.  Ms. Williams will provide all details of her itinerary to Officer Kim Williams prior to any travel.

Very truly yours,

/s/

Calvin H. Scholar

CHS/jb

cc:  AUSA Jamie Bagliebter,     *via* ECF
     Kimberly Williams,
     United States Department of Probation
     Eastern District of Tennessee-Chattanooga,  *via* e-mail