

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

October 26, 2023

**BY ECF**

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   United States v. Bevelyn Williams
       22 Cr. 684 (JLR)

Dear Judge Rochon:

I am the attorney for the defendant, Bevelyn Williams, in the above-referenced matter, having been appointed as substitute counsel pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006 A. The Court has scheduled a video conference for October 27, 2023. I am writing to respectfully request permission to allow Ms. Williams and counsel to participate in the conference by telephone. Ms. Williams has an appointment, and I am traveling to attend a wedding and therefore, we will not have access to a computer. I respectfully request that the Court allow Ms. Williams and counsel to use the call-in information listed in the login credentials to participate in the conference.

Very truly yours,

/s/

Calvin H. Scholar

The request is GRANTED.

Dated: October 26, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

CHS/jb

cc:   AUSA Jamie Bagliebter,   *via* ECF
       Mr. Aaron Mysliwiec,     *via* ECF