UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

BEVELYN BEATTY WILLIAMS,
EDMEE CHAVANNES,

Defendants.

---

22-cr-00684 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

Counsel for Defendant Bevelyn Beatty Williams filed a letter motion to adjourn the jury trial (*See* ECF No. 65) and this Court held a status conference on October 27, 2023.

IT IS HEREBY ORDERED as follows:

The Jury Trial is adjourned to **February 12, 2024** at **9:30 a.m.**

All pretrial submissions and motions *in limine* shall be filed no later than **January 5, 2024.** Oppositions shall be filed no later than **January 12, 2024.** There shall be no replies to any motions *in limine.* The parties shall otherwise comply with the Court's Individual Rule 6 regarding criminal cases.

The parties shall appear for a final pretrial conference on **February 2, 2024**, **at 10:00 a.m. in Courtroom 20B** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

On application of the Government and consent of Defendants, speedy trial time is excluded under 18 U.S.C. § 3161(h)(7) until **February 12, 2024.** The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendants in a speedy trial because of the need for the Defendants to consider and prepare pretrial motions, prepare for trial, and to provide time for the parties to further discuss potential resolution of this case.

This resolves the Letter Motion at ECF No 65.

Dated: October 27, 2023
New York, New York

SO ORDERED

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge