

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

January 31, 2024

**BY ECF and E-MAIL**

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The travel requests described herein are **GRANTED**.

Dated: January 31, 2024
New York, New York

**SO ORDERED.**

*/s/ Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

RE:   United States v. Bevelyn Williams
      22 Cr. 684 (JLR)

Dear Judge Rochon:

    I am the attorney for the defendant, Bevelyn Williams, in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006 A.  I am writing to respectfully request a temporary modification of the conditions of release to allow Ms. Williams to travel by car from her home in Tennessee to New York to attend the final pre-trial conference on February 2, 2024.  Ms. Williams would also respectfully request permission to travel to Maine by car from Saturday, February 3, 2024 until February 6, 2024 staying at an address known to Pretrial Services.  Ms. Williams would then drive back to Tennessee and return to New York City for the duration of the trial in this matter which is scheduled to begin on February 12, 2024.  I have conferred with the Government and the Pretrial Officer assigned to Ms. Williams.  The Government indicated that it defers to the position of Pretrial Services.  Pretrial Services has stated that there is no objection to the defense request for Ms. Williams to travel by either the Eastern District of Tennessee or the Southern District of New York Pretrial Services.  Ms. Williams will provide all details of her itinerary to Officer Kimberly Williams prior to any travel.

                                                         Very truly yours,

                                                                /s/

                                                              Calvin H. Scholar

CHS/jb

cc:   AUSA Jamie Bagliebter,     *via* ECF
      Kimberly Williams,
      United States Department of Probation
      Eastern District of Tennessee-Chattanooga,   *via* e-mail