UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

BEVELYN BEATTY WILLIAMS,
EDMEE CHAVANNES,

Defendant(s).

22-cr-00684-JLR

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

It is respectfully requested that the Clerk of Court approve the Juror lunch orders for

February 21, 2024 in this matter.  Counsels' summations went longer than anticipated and had to

continue after the lunch break, prior to alternate jurors being charged and excused.

Dated:  February 22, 2024
         New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge