UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>BEVELYN BEATTY WILLIAMS and EDMEE CHAVANNES,<br><br>                    Defendants. | Case No. 1:22-cr-00684 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      The Court addressed the letter motions at ECF Nos. 95, 96, 99, 100, 102, and 104 on the record during the trial.

      The Clerk of Court is respectfully directed to CLOSE the motions pending at ECF Nos. 95, 96, 99, 100, 102, and 104.

Dated: February 23, 2024
        New York, New York

                                          SO ORDERED.

                                          *Jennifer Rochon*
                                          JENNIFER L. ROCHON
                                          United States District Judge