

```
                                                    225 BROADWAY
                                                       SUITE 715
                                                 NEW YORK, NY 10007
                                                   T: 212 323 6922
                                                   F: 212 323 6923
```

February 23, 2024

**BY ECF and E-MAI**

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   <u>United States v. Bevelyn Williams</u>
      22 Cr. 684 (JLR)

The within application is hereby **GRANTED**.
This resolves the Letter Motion at ECF No. 113.

Dated: February 23, 2024
       New York, New York
SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
**United States District Judge**

Dear Judge Rochon:

      I am the attorney for the defendant, Bevelyn Williams.  I am writing to respectfully request that the Court allow Ms. Williams to travel by car from New York to Maine for a trip with her husband and small child where she will remain until March 18, 2024, at an address known to Pretrial Services.  Ms. Williams would then drive back to Tennessee.  I have conferred with the Government and the Pretrial Officer assigned to Ms. Williams. The Government indicated that it defers to the position of Pretrial Services.  Pretrial Services has stated that there is no objection to the defense request for Ms. Williams to travel by either the Eastern District of Tennessee or the Southern District of New York Pretrial Services.  Ms. Williams will provide all details of her itinerary to Officer Kimberly Williams prior to any travel.

                                                                                             Very truly yours,

                                                                                                            /s/

                                                                         Calvin H. Scholar

CHS/jb

cc:   AUSA Jamie Mitzi Steiner
      AUSA Emily Johnson,          *via* ECF
      Kimberly Williams,
      United States Department of Probation
      Eastern District of Tennessee-Chattanooga,   *via* e-mail