

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

June 20, 2024

**BY ECF and E-MAIL**

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> The travel requests described within are hereby GRANTED. This resolves the letter motion pending at ECF No. 141.
>
> Date: June 20, 2024
> New York, NY
>
> SO ORDERED.
>
> /s/ Jennifer Rochon
> **JENNIFER L. ROCHON**
> **United States District Judge**

RE:   United States v. Bevelyn Williams
       22 Cr. 684 (JLR)

Dear Judge Rochon:

  I am the attorney for the defendant, Bevelyn Williams. I am writing to respectfully request that the Court allow Ms. Williams to travel by car from her home in Tennessee to Charlotte, North Carolina from June 21, 2024 until June 24, 2024 and from July 3, 2024 until July 7, 2024 to visit family. I have conferred with the Government and the Pretrial Officer assigned to Ms. Williams. The Government indicated that it deferred to the position of Pretrial Services. Pretrial Services has stated that there was no objection to Ms. Williams' request to travel to Charlotte, North Carolina on the above listed dates. Ms. Williams will provide all details of her itinerary to Officer Kimberly Williams prior to any travel.

                     Very truly yours,

                     /s/

                     Calvin H. Scholar

CHS/jb

cc:   AUSA Mitzi Steiner
       AUSA Emily Johnson,           *via* ECF
       Kimberly Williams,
       United States Department of Probation
       Eastern District of Tennessee-Chattanooga,   *via* e-mail