

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

July 12, 2024

**<u>BY ECF and E-MAIL</u>**

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The within travel request is hereby GRANTED.
This resolves the letter motion at ECF# 145.

**SO ORDERED.**

Dated: July 16, 2024
New York, New York

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

RE:     United States v. Bevelyn Williams
        22 Cr. 684 (JLR)

Dear Judge Rochon:

I am the attorney for the defendant, Bevelyn Williams.  I am writing to respectfully request that the Court allow Ms. Williams to travel from her home in Tennessee to Las Vegas, Nevada with her husband and daughter for a family trip from July 17, 2024, remaining there until she leaves to travel to New York, New York for sentencing in this matter on July 24, 2024.  I have conferred with the Government and the Pretrial Officer assigned to Ms. Williams.   The Government indicated that it deferred to the position of Pretrial Services.  Pretrial Services has stated that there is no objection to the defense request for Ms. Williams to travel.  Ms. Williams will provide all details of her itinerary to Officer Kimberly Williams prior to any travel.

Very truly yours,

/s/

Calvin H. Scholar

CHS/jb

cc:     AUSA Jamie Mitzi Steiner
        AUSA Emily Johnson,          *via* ECF
        Kimberly Williams,
        United States Department of Probation
        Eastern District of Tennessee-Chattanooga,  *via* e-mail