UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>BEVELYN BEATTY WILLIAMS,<br>                    Defendant. | Case No. 1:22-cr-00684 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of Defendant's motion at Dkt. 164. The Government shall file a response to Dkt. 164 no later than October 10, 2024 at 5:00 p.m.

Dated: October 7, 2024
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

1