

August 14, 2025

**<u>Via</u> ECF**
Hon. Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    **Re:** ***United States v. Bevelyn Beatty Williams*, 22-CR-684 (JLR),**

Dear Judge Rochon:

    On August 6, 2025, the Second Circuit Court of Appeals issued a mandate in Ms. Williams's case, vacating the conviction and judgment in this Court, and remanding the matter to this Court to dismiss the case as moot. *See* ECF No. 174.

    Accordingly, I respectfully request for this Court to dismiss the case.

    Thank you for the Court's consideration.

Sincerely,

/s/

Florian Miedel
*Counsel for Bevelyn Beatty Williams*

In light of the Second Circuit's mandate, this case is dismissed as MOOT. This resolves the Letter Motion at Dkt. 175.

Dated: August 15, 2025
      New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

    cc:    All parties, *via* ECF

---

**Miedel & Mysliwiec LLP**
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com